MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG VIERRA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; OCWEN LOAN SERVICING LLC; NATIONSTAR MORTGAGE, LLC; U.S. BANK HOME MORTGAGE; AND WESTAR FEDERAL CREDIT UNITON<br><br>Defendants. | Case No.: 2:18-cv-01918-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Craig Vierra (**Vierra**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Vierra's complaint (ECF No. 1) filed on October 5, 2018 shall be continued from October 29, 2018 to November 28, 2018.

This is the first request for an <u>extension</u> of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to the Vierra's complaint.

The parties submit this request in good faith without the purpose of undue delay.

/ / /

/ / /

1

DATED this 25th day of October, 2018.

| **AKERMAN LLP** | **KNEPPER & CLARK LLC** |
|---|---|

*/s/ Thera A. Cooper*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Defendant*
*Nationstar Mortgage LLC*

*/s/ Shaina R. Plaksin*
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
SHAINA R. PLAKSIN, ESQ.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff Craig Vierra*

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

October 29, 2018
_____
**DATED**

2