Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Craig Vierra,<br><br>   Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.; Equifax Information Services LLC; Ocwen Loan Servicing LLC; Nationstar Mortgage, LLC; U.S. Bank Home Mortgage; Westar Federal Credit Union,<br><br>   Defendants. | **Case No. 2:18-cv-01918-JAD-PAL**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

    Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 29, 2018 through and including **November 15, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 29th day of October, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ *Shaina Plaksin*
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Knepper & Clark LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
DATED: October 31, 2018

4825-8553-2281

- 2 -