ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com

*Attorneys for WestStar Federal Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG VIERRA,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; OCWEN LOAN SERVICING LLC; NATIONSTAR MORTGAGE, LLC; U.S. BANK HOME MORTGAGE; AND WESTSTAR FEDERAL CREDIT UNION,<br><br>    Defendants. | CASE NO. 2:18-cv-01918-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT [ECF NO. 1]** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Craig Vierra ("Plaintiff"), and Defendant WestStar Federal Credit Union ("WFCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on October 5, 2018 [ECF No. 1].

2. Plaintiff served the Complaint on WFCU on October 9, 2018.

3. WFCU recently retained counsel and a short extension is necessary to allow WFCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and WFCU also anticipate in engaging in settlement discussions on this

case and wish to extend the deadline for WFCU to respond to the Complaint until November 29, 2018. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

5. WFCU requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

6. This stipulation is not being made for purposes of delay.

7. Therefore, the parties agree that WFCU's response to the Complaint is now due on or before **November 29, 2018**.

| | |
|---|---|
| DATED: October 30, 2018. | DATED: October 30, 2018. |
| GORDON REES SCULLY MANSUKHANI, LLP | KNEPPER & CLARK LLC |
| */s/ Robert S. Larsen* | */s/ Shaina Plaksin* |
| Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101 | David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 |
| *Attorneys for WestStar Federal Credit Union* | Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>*Attorneys for Plaintiff Craig Vierra* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2018