Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG VIERRA, | Case No.: 2:18-cv-01918-JAD-PAL |
| Plaintiff, | |
| vs. | **JOINT MOTION** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; INNOVIS LLC; OCWEN LOAN SERVICING LLC; NATIONSTAR MORTGAGE, LLC; U.S. BANK HOME MORTGAGE; and WESTAR FEDERAL CREDIT UNION, | |
| Defendants. | |

JOINT MOTION - 1

On October 5, 2018, Plaintiff Craig Vierra filed a complaint alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681x. (ECF No. 1). Although the Complaint named one defendant as WestStar Federal Credit Union, a New York entity, service was initially perfected upon WestStar Credit Union, a Nevada entity. Robert S. Larsen, of Gordon & Rees LLP, counsel for WestStar Credit Union, appeared on October 30, 2018 believing that the Complaint incorrectly named the defendant as WestStar Credit Union was the entity served. No responsive pleading has been filed at this time. However, the parties now agree that WestStar Credit Union is not the proper party to the case. Plaintiff is in the process of serving the proper party, WestStar Federal Credit Union. As such, the parties agree that WestStar Credit Union is not involved in this case and request that Robert S. Larsen be withdrawn under District of Nevada Local Rule 11-6 as counsel for Defendant WestStar Federal Credit Union because he does not represent this entity. Each party shall bear its own its own attorney's fees and costs of suit.

Dated November 27, 2018.

| /s/ Shaina R. Plaksin | /s/ Robert S. Larsen |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Robert S. Larsen, Esq.<br>GORDON & REES LLP<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Email: rlarsen@grsm.com<br>*Counsel for Third Party<br>WestStar Credit Union* |

/ / /

JOINT MOTION - 2

*Vierra v. Equifax Information Services, LLC et al*
Case No.: 2:18-cv-01918-JAD-PAL

## ORDER GRANTING

## JOINT MOTION REGARDING WESTSTAR CREDIT UNION

**IT IS SO ORDERED.**

Dated: December 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE

JOINT MOTION - 3

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on November 27, 2018, I caused the document: **PLAINTIFF'S JOINT MOTION REGARDING WESTSTAR CREDIT UNION** to be served through the Court's CM/ECF to all parties appearing in this case:

Signed:     /s/ *Lucille Chiusano*
                        An employee of KNEPPER & CLARK LLC