Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG VIERRA, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; OCWEN LOAN SERVICING LLC; NATIONSTAR MORTGAGE, LLC; U.S. BANK HOME MORTGAGE; and WESTAR FEDERAL CREDIT UNION, <br><br> Defendants. | Case No.: 2:18-cv-01918-JAD-PAL <br><br> **NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC** |

Notice of Settlement with Equifax Information Services, LLC - 1

PLEASE TAKE NOTICE that Plaintiff Craig Vierra and Defendant Equifax Information Services, LLC ("Equifax"), have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Equifax, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Equifax.

Dated December 26, 2018.

/s/ *Shaina R. Plaksin*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **February 25, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: December 26, 2018

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on December 26, 2018, I caused the document **NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC