| | |
|---|---|
| 1 | DOMINICA C. ANDERSON (SBN: 2988) |
| | HOLLY S. STOBERSKI (SBN: 5490) |
| 2 | **DUANE MORRIS LLP** |
| | 100 North City Parkway, Suite 1560 |
| 3 | Las Vegas, NV 89106 |
| | Telephone: 702.868.2600 |
| 4 | Facsimile: 702.385.6862 |
| | E-Mail: dcanderson@duanemorris.com |
| 5 | hstoberski@duanemorris.com |
| 6 | Attorneys for Defendant |
| | *U.S. Bank National Association, sued as U.S. Bank* |
| 7 | *Home Mortgage* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG VIERRA, | Case No.: 2:18-cv-01918-JAD-PAL |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; OCWEN LOAN SERVICING LLC; NATIONSTAR MORTGAGE, LLC; U.S. BANK HOME MORTGAGE; AND WESTAR FEDERAL CREDIT UNION, | **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** |
| Defendants. | |

Holly S. Stoberski of Duane Morris LLP, brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice.

Holly S. Stoberski of Duane Morris LLP previously represented Defendant, U.S. Bank National Association (sued herein as U.S. Bank Home Mortgage, LLC), in the above-captioned case. An Order Granting Stipulation of Dismissal of U.S. Bank Home Mortgage, LLC, and U.S. Bank National Association, Without Prejudice, was entered on January 4, 2019 [Docket No. 38], and it is no longer necessary for Holly S. Stoberski or any counsel associated with Duane Morris LLP to

1
MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

receive further CM/ECF notice in this matter.  Therefore, counsel requests that Holly S. Stoberski and Duane Morris LLP be removed from the CM/ECF service list in the above entitled action.

Dated:  January 8, 2019

**DUANE MORRIS** LLP

By: /s/ *Holly S. Stoberski*
Dominica C. Anderson (SBN: 2988)
Holly S. Stoberski (SBN: 5490)
*Attorneys for Defendant U.S. BANK NATIONAL ASSOCIATION*

**IT IS SO ORDERED** this 10th day of January, 2019.

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on January 8, 2019, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** (potage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Janice Reeder*
Janice Reeder
An employee of DUANE MORRIS LLP