Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG VIERRA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; OCWEN LOAN SERVICING LLC; NATIONSTAR MORTGAGE, LLC; U.S. BANK HOME MORTGAGE; and WESTAR FEDERAL CREDIT UNION,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01918-JAD-PAL<br><br>**JOINT NOTICE OF SETTLEMENT WITH NATIONSTAR MORTGAGE, LLC** |

JOINT NOTICE OF SETTLEMENT WITH NATIONSTAR MORTGAGE, LLC - 1
47487709;1

Plaintiff Craig Vierra and Defendant Nationstar Mortgage, LLC ("Nationstar") hereby submit joint notice that they have reached a tentative confidential settlement. Nationstar anticipates providing a proposed confidential settlement agreement to Plaintiff's counsel within thirty days from the filing of this Joint Notice. The parties anticipate stipulating to Nationstar's dismissal from this Action, with prejudice, within sixty days of the entry of this Joint Notice. The parties request that all pending dates and filing requirements as to Nationstar, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Nationstar.

Dated January 10, 2019.

/s/ *Shaina R. Plaksin*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

/s/ *Thera A. Cooper*
Thera A. Cooper, Esq.
Nevada Bar No. 13468
AKERMAN LLP
2001 Ross Avenue, Ste 3600
Dallas, TX 75201

*Counsel for Defendant*
*Nationstar Mortgage, LLC*

**IT IS ORDERED** that the settling parties shall have until **February 11, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 14, 2019

_____
Peggy A. Leen
United States Magistrate Judge

JOINT NOTICE OF SETTLEMENT WITH NATIONSTAR MORTGAGE, LLC - 2
47487709;1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on January 10, 2019, I caused the document **JOINT NOTICE OF SETTLEMENT WITH NATIONSTAR MORTGAGE LLC,** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC