Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG VIERRA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; OCWEN LOAN SERVICING LLC; NATIONSTAR MORTGAGE, LLC; U.S. BANK HOME MORTGAGE; and WESTAR FEDERAL CREDIT UNION,<br><br>    Defendants. | Case No.: 2:18-cv-01918-JAD-PAL<br><br><br>**NOTICE OF SETTLEMENT WITH OCWEN LOAN SERVICING LLC** |

NOTICE OF SETTLEMENT WITH OCWEN LOAN SERVICING LLC - 1

PLEASE TAKE NOTICE that Plaintiff Craig Vierra and Defendant OCWEN LOAN SERVICING LLC ("Ocwen"), have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Ocwen, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Ocwen, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Ocwen.

Dated January 28, 2019.

/s/ *Shaina R. Plaksin*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **March 29, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 29, 2019

Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on January 28, 2019, I caused the document **NOTICE OF SETTLEMENT WITH OCWEN LOAN SERVICING LLC,** to be served through the Court's CM/ECF to all parties appearing in this case.


/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

NOTICE OF SETTLEMENT WITH OCWEN LOAN SERVICING LLC - 3